# IN THE MISSOURI COURT OF APPEALS
## APRIL 8, 2014
## WESTERN DISTRICT


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------------
| | |
|---|---|
| WD76017 | Jarvis T. Williams vs. State of Missouri |
| WD76238 | Elaina Marie Sansone (Formerly Elaina Marie Fulton) vs. William Hudnall |
| WD76545 | Matt-Ryan Properties, LLC D/B/A Essex Place Apartments vs. Missouri Department of Labor and Industrial Relations |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------------
| | |
|---|---|
| WD76160 | State of Missouri vs. DeAnthony C. Griddine |
| WD76213 | State of Missouri vs. Betty G. Deshotels |